**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MARIA DELEON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:17-cv-00619** |
| | § | |
| **AMERICAN SECURITY INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**NOTICE OF REMOVAL**

Defendant American Security Insurance Company ("American Security") files this Notice of Removal against Plaintiff Maria DeLeon ("Plaintiff") pursuant to 28 U.S.C. Sections 1441 and 1446, as follows:

**I.    COMMENCEMENT AND SERVICE**

1.    On June 5, 2017, Plaintiff commenced this action by filing an Original Petition ("Original Petition") in the 407th Judicial District Court of Bexar County, Texas, styled Cause No. 2017CI10228; *Maria DeLeon v. American Security Insurance Company.*[1]

2.    American Security was served June 12, 2017.[2]

3.    American Security filed an answer in state court on July 3, 2017.[3]

4.    This Notice of Removal is filed within thirty days of the receipt of service of process and is timely filed under 28 U.S.C. § 1446(b).[4]  This Notice of Removal is also filed within one year of the commencement of this action, and is thus timely pursuant to 28 U.S.C. § 1446(c).

---

[1] *See* Exhibit A, Plaintiff's Original Petition.
[2] *See* Exhibit B, Executed Process.
[3] *See* Exhibit C, Defendant's Original Answer.
[4] *See* Exhibit B, Executed Process.

## II.  GROUNDS FOR REMOVAL

5.     American Security is entitled to remove the state court action to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 because this action is a civil action involving an amount in controversy exceeding $75,000.00 between parties with diverse citizenship.

## III.  DIVERSITY OF CITIZENSHIP

6.     This is an action with complete diversity of citizenship between Plaintiff and Defendant.

7.     Plaintiff is a citizen of Texas.[5]

8.     Defendant American Security is a foreign insurance company.[6]

9.     No change of citizenship has occurred since commencement of the state court action.  Accordingly, diversity of citizenship exists among the proper parties.

## IV.  AMOUNT IN CONTROVERSY

10.     A defendant who is served with a pleading requesting an indeterminate amount of damages has two options.  The defendant may (1) remove the case immediately, if it can reasonably conclude that the amount in controversy exceeds $75,000.00, or (2) the defendant may wait until the plaintiff expressly pleads that the amount in controversy exceeds that amount or serves some "other paper" indicating that the amount in controversy exceeds that amount. U.S.C. § 1446(b)(3); U.S.C. § 1446(c)(3)(A); *Bosky v. Kroger Texas LP*, 288 F.3d 208, *passim* (5th. Cir. 2002).  Here, this case became removable upon the service of Plaintiff's Original Petition wherein Plaintiff asserted that she seeks monetary relief over $100,000.00.[7] Furthermore, on May 23, 2017, Plaintiff served American Security with a demand letter seeking

---

5 *See* Exhibit A, Plaintiff's Original Petition, at p. 1, ¶ 2; Ex. D-1, Accurint Comprehensive Address Report (demonstrating that Plaintiff has resided in Texas, at least, since January, 2002).

6  *See* Exhibit E, Affidavit of Jim Kroll.

7 *See* Exhibit A, Plaintiff's Original Petition, at p. 1, ¶ 1 .

EMH00659315

$82,843.12.[8]   Accordingly, Plaintiff's Original Petition and demand establish that the total amount in controversy in the action exceeds the sum of $75,000.00, and this Court has jurisdiction under 28 U.S.C. § 1332.

## V.      VENUE

11.      Venue lies in the Western District of Texas, San Antonio Division, pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because Plaintiff filed the state court action in this judicial district and division.

## VI.   CONSENT TO REMOVAL

12.      No Consent to Removal is necessary as American Security is the only named defendant in this lawsuit.

## VII.   NOTICE

13.      Defendant will give notice of the filing of this notice of removal to all parties of record pursuant to 28 U.S.C. § 1446(d).  Defendant will also file with the clerk of the state court, and will serve upon Plaintiff's counsel, a notice of the filing of this Notice of Removal.

## VIII.   STATE COURT PLEADINGS

14.      Copies of all state court pleadings and orders are attached to this Notice of Removal.

## IX.      EXHIBITS TO NOTICE OF REMOVAL

15.      The following documents are attached to this Notice as corresponding numbered exhibits:

A.  Plaintiff's Original Petition;

B.  Executed Process;

C.  Defendant's Original Answer;

---

[8] Exhibit G, May 23, 2017 Demand Letter.

D.  Affidavit of Reed Burritt;

    1.  Accurint Comprehensive Address Report;

E.  Affidavit of Jim Kroll;

F.  Docket Sheet;

G.  Demand Letter.

## X.  <u>CONCLUSION</u>

WHEREFORE, Defendant American Security Insurance Company, pursuant to the statutes cited herein, removes this action from the 407th Judicial District Court of Bexar County, Texas to this Court.

Dated:  July 12, 2017

Respectfully submitted,

EDISON, MCDOWELL & HETHERINGTON LLP

By: */s/ Bradley J. Aiken*
    Bradley J. Aiken
    State Bar No. 24059361
First City Tower
1001 Fannin Street, Suite 2700
Telephone:  713-337-5580
Facsimile:  713-337-8850
Brad.aiken@emhllp.com
Reed.burritt@emhllp.com

*ATTORNEYS FOR DEFENDANT*

EMH00659315

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on July 12, 2017, on the following counsel of record by certified mail:

James M. McClenny
J. Zachary Moseley
Chidi Oha
MCCLENNY MOSELEY & ASSOCIATES, PLLC
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Phone: (713) 334-6121
Fax: (713) 322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Chidi@mma-pllc.com

*/s/ Bradley J. Aiken*
Bradley J. Aiken

EMH00659315